#### UNITED STATES BANKRUPTCY COURT
#### EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | William Bucci | : | Bankruptcy No. 17-12216 |
| | | : | |
| | | : | |
| | Debtor | : | Chapter 13 |

### ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the Debtor and include my name on the mailing matrix to receive all notices in this case.

                      Respectfully,


                      /Zachary Perlick/
                      ZACHARY PERLICK, ESQUIRE
                      1420 Walnut Street, Suite 718
                      Philadelphia, PA 19102
                      (215) 569-2922
                      Perlick@verizon.net