United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12216-elf
William Daniel Bucci                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 3              Date Rcvd: Sep 06, 2017
                            Form ID: pdf900        Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2017.
```
db           +William Daniel Bucci,    620 Rector Street,    Philadelphia, PA 19128-1730
13897297     +American Express,    PO BOX 981537,    El Paso, TX 79998-1537
13897290      American Express Centurion,    First Judicial District of City Hall,    Philadelphia, PA 19107
13916339      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern PA 19355-0701
13897301    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     PO BOX 982238,    El Paso, TX 79998-2235)
13936788     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13897296      Beneficial Mutual Savings,    First Judicial District of City Hall,    Philadelphia, PA 19107
13966261      CACH, LLC its successors and assigns as assignee,     of U.S. Bank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13897313     +Chase Bank USA NA,    PO BOX 15298,    Wilmington, DE 19850-5298
13897315     +Chase/Bank One Card Services,    PO BOX 15298,    Wilmington, DE 19850-5298
13897294      Citibank NA C O Blatt,    First Judicial District of City Hall,    Philadelphia, PA 19107
13897285      Discover Bank,    34th S. 11th Street,    5th Floor,    Philadelphia, PA 19107
13897289      Dr. John Villella,    First Judicial District of City Hall,    Philadelphia, PA 19107
13897288      Drexel State Road LLC,    First Judicial District of City Hall,    Philadelphia, PA 19107
13939394    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Company LLC,    PO Box 62180,
               Colorado Springs, CO 80962)
13897295      First Cornerstone Bank,    First Judicial District of City Hall,    Philadelphia, PA 19107
13897321     +First Premier Bank,    3820 N. Louise Aveneu,    Sioux Falls, SD 57107-0145
13897322     +MB Financial Services,    PO BOX 961,    Roanoke, TX 76262-0961
13897291      Marc Marrone,    First Judicial District of City Hall,    Philadelphia, PA 19107
13897326     +PNC Bank,    PO BOX 3180,    Pittsburgh, PA 15230-3180
13897286      State Tax Lien,    First Judicial District of City Hall,    Philadelphia, PA 19107
13897287      VMC Capital LLC,    First Judicial District of City Hall,    Philadelphia, PA 19107
13968503     +Wilmington Savings Fund Society, FSB, et al,    c/o Rushmore Loan Management Services,
               P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Sep 07 2017 04:31:59     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 07 2017 04:31:55     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13978563      E-mail/Text: bankruptcy@phila.gov Sep 07 2017 04:31:59     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13897327     +E-mail/Text: bankruptcy@cavps.com Sep 07 2017 04:31:53     Calvary Portfolio Service,
               Capital One,    500 Summit Lake Drive,    Suite 4A,    Valhalla, NY 10595-2323
13963528     +E-mail/Text: bankruptcy@cavps.com Sep 07 2017 04:31:53     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13897319      E-mail/PDF: creditonebknotifications@resurgent.com Sep 07 2017 04:37:24     Credit One Bank,
               PO BOX 98872,    Las Vegas, NV 89193-8872
13897320      E-mail/Text: mrdiscen@discover.com Sep 07 2017 04:31:02     Discover Financial Svs LLC,
               PO BOX 15316,    Wilmington, DE 19850-5316
13896824      E-mail/Text: mrdiscen@discover.com Sep 07 2017 04:31:02     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13917462     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 07 2017 04:31:42     MIDLAND FUNDING LLC,
               PO BOX 2011,    WARREN, MI 48090-2011
13897329     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 07 2017 04:31:42     Midland Funding LLC,
               Chase Bank USA,    2365 Northside Drive,    S 300,    San Diego, CA 92108-2709
13897331     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 07 2017 04:31:42     Midland Funding LLC,
               Capital One Bank USA NA,    2365 Northside Drive,    S 300,    San Diego, CA 92108-2709
13897324     +E-mail/PDF: cbp@onemainfinancial.com Sep 07 2017 04:38:27     One Main,    PO BOX 1010,
               Evansville, IN 47706-1010
13897325     +E-mail/PDF: cbp@onemainfinancial.com Sep 07 2017 04:37:19     One Main Financial,
               6801 Colwell Blvd.,    c/s Care Dept.,    Irving, TX 75039-3198
13919455     +E-mail/Text: bankruptcygroup@peco-energy.com Sep 07 2017 04:31:08     PECO Energy Company,
               2301 Market St S4-1,    Philadelphia, PA 19103-1380
13897333      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 07 2017 04:45:56
               Portfolio Recovery,    US Bank National Association,    120 Corporate Blvd.,    Norfolk, VA 23502
13968047      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 07 2017 04:45:56
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13897745      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2017 04:31:15
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
13936156     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 07 2017 04:38:32     Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 18
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 3                   Date Rcvd: Sep 06, 2017
                               Form ID: pdf900              Total Noticed: 41


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
13897298*      +American Express,    PO BOX 981537,    El Paso, TX 79998-1537
13897299*      +American Express,    PO BOX 981537,    El Paso, TX 79998-1537
13897300*      +American Express,    PO BOX 981537,    El Paso, TX 79998-1537
13897292*       American Express Centurion,    First Judicial District of City Hall,    Philadelphia, PA 19107
13897293*       American Express Centurion,    First Judicial District of City Hall,    Philadelphia, PA 19107
13897302*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO BOX 982238,    El Paso, TX 79998-2235)
13897303*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO BOX 982238,    El Paso, TX 79998-2235)
13897304*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO BOX 982238,    El Paso, TX 79998-2235)
13897305*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO BOX 982238,    El Paso, TX 79998-2235)
13897306*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO BOX 982238,    El Paso, TX 79998-2235)
13897307*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO BOX 982238,    El Paso, TX 79998-2235)
13897308*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO BOX 982238,    El Paso, TX 79998-2235)
13897309*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO BOX 982238,    El Paso, TX 79998-2235)
13897310*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO BOX 982238,    El Paso, TX 79998-2235)
13897311*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO BOX 982238,    El Paso, TX 79998-2235)
13897312*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO BOX 982238,    El Paso, TX 79998-2235)
13897328*      +Calvary Portfolio Service,    Capital One,    500 Summit Lake Drive,    Suite 4A,
                 Valhalla, NY 10595-2323
13897314*      +Chase Bank USA NA,    PO BOX 15298,    Wilmington, DE 19850-5298
13897316*      +Chase/Bank One Card Services,    PO BOX 15298,    Wilmington, DE 19850-5298
13897317*      +Chase/Bank One Card Services,    PO BOX 15298,    Wilmington, DE 19850-5298
13897318*      +Chase/Bank One Card Services,    PO BOX 15298,    Wilmington, DE 19850-5298
13897323*      +MB Financial Services,    PO BOX 961,    Roanoke, TX 76262-0961
13897330*      +Midland Funding LLC,    Chase Bank USA,    2365 Northside Drive,    S 300,
                 San Diego, CA 92108-2709
13897332*      +Midland Funding LLC,    Capital One Bank USA NA,    2365 Northside Drive,    S 300,
                 San Diego, CA 92108-2709
                                                                                              TOTALS: 0, * 25, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
              HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com

```
District/off: 0313-2           User: Antoinett             Page 3 of 3                   Date Rcvd: Sep 06, 2017
                               Form ID: pdf900             Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          ZACHARY   PERLICK    on behalf of Debtor William Daniel Bucci Perlick@verizon.net, pireland1@verizon.net

                                                                                                                                                  TOTAL: 7

Case 17-12216-elf    Doc 67    Filed 09/08/17    Entered 09/09/17 01:20:17    Desc Imaged
Certificate of Notice    Page 3 of 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
WILLIAM DANIEL BUCCI, :
Debtor(s) : Bky. No. 17-12216 ELF

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: September 6, 2017

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE